JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON VICTOR HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>KEKE MEDINA,<br><br>    Defendant. | No. ED CV 25-1993-JLS(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 21, 2025.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE